| | | |
|---|---|---|
| People v Thomas | 2d Dept: 142 AD3d 511 (Kings) | denied 11/29/16 (DiFiore, Ch. J.) |
| People v Thompson | App Term, 1st Dept: 52 Misc 3d 145(A) (NY) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Uribe | 2d Dept: 142 AD3d 680 (Queens) | denied 11/14/16 (DiFiore, Ch. J.) |
| People v Vanterpool | 1st Dept: 142 AD3d 870 (NY) | denied 11/29/16 (DiFiore, Ch. J.) |
| People v Vasquez | 1st Dept: 140 AD3d 571 (NY) | denied 11/8/16 (Garcia, J.) |
| People v Veliz | 2d Dept: 142 AD3d 630 (Kings) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Victor | 3d Dept: 139 AD3d 1102 (Chenango) | denied 11/10/16 (Garcia, J.) |
| People v Washington (Charles) | 2d Dept: 134 AD3d 1137 (Kings) | denied 11/8/16 (Garcia, J.) |
| People v Washington (Jarelle) | 2d Dept: 142 AD3d 1110 (Kings) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Weems (Solomon) | 4th Dept: 141 AD3d 1119 (Monroe) | denied 11/23/16 (DiFiore, Ch. J.) (Appeal No. 1) |
| People v Weems (Solomon) | 4th Dept: 141 AD3d 1121 (Monroe) | denied 11/23/16 (DiFiore, Ch. J.) (Appeal No. 2) |
| People v Welch | 2d Dept: 142 AD3d 567 (Dutchess) | denied 11/1/16 (Pigott, J.) |
| People v Williams (DeAndre) | App Div, 2d Dept: 2016 NY Slip Op 85221(U) (Westchester) | dismissed 11/8/16 (Rivera, J.) |
| People v Williams (Jaerue) | 2d Dept: 139 AD3d 885 (Westchester) | denied 11/22/16 (Fahey, J.) |
| People v Williams (Jojo) | County Ct, 8/2/16 (Cortland) . | denied 11/29/16 (DiFiore, Ch. J.) |
| People v Williams (Kenneth) | 3d Dept: 138 AD3d 1233 (Albany) | denied reconsideration 11/21/16 (Pigott, J.) |
| People v Williams (Nicklas) | 3d Dept: 140 AD3d 1526 (Broome) | denied 11/22/16 (Garcia, J.) |
| People v Williams (Sean) | 2d Dept: 139 AD3d 766 (Kings) | denied 11/14/16 (DiFiore, Ch. J.) |
| People v Woods | 3d Dept: 141 AD3d 954 (Albany) | denied 11/8/16 (Garcia, J.) |
| People v Young | 4th Dept: 139 AD3d 1360 (Monroe) | denied* 11/16/16 (Rivera, J.) |

---

* Denied, with leave to renew within 30 days after the Court of Appeals renders a decision in *People v Prindle* (129 AD3d 1506 [4th Dept 2015], *lv granted* 26 NY3d 1091 [2015]), *People v Garvin* (130 AD3d 644 [2d Dept 2015], *lv granted* 26 NY3d 1094 [2015]), and *People v Wright* (134 AD3d 1059 [2d Dept 2015], *lv granted* 27 NY3d 1009 [2016]).